UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **No. 2:05-cr-00533-SRC-1** |
| MARK COCCHIOLA, | : | **ORDER** |
| Defendant-Movant. | : | |

**CHESLER,** District Judge

This matter having come before this Court on the motion of the defendant, Mark Cocchiola, to hold in abeyance the Court's consideration of his contemporaneously-filed motion pursuant to 28 U.S.C. § 2255 to vacate his judgment of conviction and sentence,

**IT IS** on this _25th_ day of October, 2011,

**ORDERED** that the defendant's motion is hereby **GRANTED.** The Court will hold in abeyance its consideration of his contemporaneously-filed motion pursuant to 28 U.S.C. § 2255 to vacate his judgment of conviction and sentence pending his filing, as counsel deem necessary, of an amended motion to vacate, a memorandum in support of an order requiring the government to file a response, and/or supporting affidavits on or before Tuesday, November 15, 2011. _It is further ordered that this extension is without prejudice to the government's right to contest the timeliness of any such amendment or supplement under the applicable statutes of limitations._

STANLEY R. CHESLER
United States District Judge